Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com

.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle



# UNITED STATES DISTRICT COURT
## for the
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

**2:25-CV-10364-CV-MBFx**

Case No.

Presley, Corey S. - CAF# 0316-62962R
COREY PRESLEY, Full faith & Credit -

Petitioner /Plaintiff(s)

STATEWIDE AUTO SALES,
a California business entity, and DOES 1
through 10, inclusive,

Respondent /DEFENDANT(S)

(to be filled in by the Clerk's Office)

rsm

**VERIFIED FEDERAL COMPLAINT**
— WITH EMERGENCY EX PARTE TRO REQUEST —
RICO, FRAUD, MAIL/WIRE FRAUD, EXTORTION, IDENTITY FRAUD, TILA, EFTA, & CONTRACT BREACH
JURY TRIAL DEMANDED

## JURISDICTION AND VENUE

1. This Court has jurisdiction under:

   - 18 U.S.C. § 1964(c) (Civil RICO)
   - 28 U.S.C. § 1331 (Federal Question)
   - 28 U.S.C. § 1343 (Civil rights and consumer enforcement)
   - 15 U.S.C. §§ 1638, 1693e (TILA and EFTA)
   - 18 U.S.C. §§ 1341, 1343, 1028, 1951 (Mail, Wire, Identity Fraud, Hobbs Act)

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the acts and omissions occurred in Los Angeles County, California.

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

PRESLEY
VS
STATEWIDE

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

## II. PARTIES

3. **Plaintiff, Corey S. Presley**, sui juris, is the agent and attorney-in-fact for **COREY PRESLEY**, a private Moorish-American National, domiciled in **Woodland Hills, California**, and is the sole caretaker of two dependent minor children.

4. **Defendant, Statewide Auto Sales**, is a business operating in **Sun Valley, California**, and upon information and belief, conducts automobile financing and automobile sales in **interstate commerce**.

## III. STATEMENT OF FACTS

5. On or about **April 29, 2024**, Plaintiff purchased a **2010 Mercedes-Benz GL450** (VIN: 4JGBF7BE9AA586794) under a **Retail Installment Contract** from Defendant for **$14,999.00**, providing a **$5,400.00 down payment**.

6. Defendant agreed to a **$27,000 repair agreement** as per diagnostics from **Mercedes-Benz of Calabasas**, including air conditioning, transmission, SRS, and safety systems.

7. Plaintiff sent **three verified notices** revoking EFT authorization and demanding application of security interest and setoff, which were **ignored** in violation of **EFTA, 15 U.S.C. § 1693e**.

8. Defendant has **repossessed the automobile three times** without court order, proper lien validation, or notice, constituting **civil theft, conversion**, and **extortion under 18 U.S.C. § 1951**.

9. Defendant **refused to provide a copy of the original signed contract**, and instead transmitted a **forged substitute**, in violation of **18 U.S.C. § 1028** and **mail/wire fraud statutes**.

10. On or about **October 16, or 17, 2025**, Defendant stated "all repairs were complete", excluding NONE and demanded **$1,200+** for release. Plaintiff arrived October 21 prepared to pay under protest. Upon arrival, **no repairs were, started, let alone completed**.

11. Defendant continues to **demand payment**, despite receiving a lawful **1099-C cancellation**, and refuses perform repairs.

NOTICE:
This document is **not** intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

PRESLEY
VS
STATEWIDE

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

1.
2.
3. # IV. CAUSES OF ACTION
4.
5. **NOTICE:** It is an unrebuttable fact, standing unrebutted, shall stand as law, that:

6. ## COUNT I – CIVIL RICO (18 U.S.C. § 1962(c))
7.
8. …the Defendant committed multiple predicate acts of mail fraud, wire fraud, extortion, and forgery in furtherance of a racketeering scheme.

9. ## COUNT II – CONSPIRACY TO COMMIT RICO (18 U.S.C. § 1962(d))
10.
11. …the Defendant knowingly conspired with others to implement repeated theft-by-contract.
12.
13. ## COUNT III – MAIL FRAUD (18 U.S.C. § 1341)
14.
15. …the False billing statements, automobile disposal threats, and forged contract copies, and since forged, were mailed in violation of federal law.

16. ## COUNT IV – WIRE FRAUD (18 U.S.C. § 1343)
17.
18. …the attempted electronic communications were used to fraudulently induce payment under false pretense of completed repairs.

19. ## COUNT V – EXTORTION (18 U.S.C. § 1951, Hobbs Act)
20.
21. …the emands for payment as ransom to release unlawfully repossessed property.
22. ## COUNT VI – FORGERY / IDENTITY FRAUD (18 U.S.C. § 1028)
23. …a forged contract was transmitted and relied upon to alter original terms.

24. ## COUNT VII – TILA VIOLATION (15 U.S.C. § 1638)
25.
26. defendant failed to issue lawful monthly billing statements.

27. ## COUNT VIII – EFTA VIOLATION (15 U.S.C. § 1693e)
28. Refused to cancel recurring auto-drafts and attempted unauthorized withdrawals.

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

PRESLEY
VS
STATEWIDE

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

## COUNT IX – BREACH OF CONTRACT

Failure to perform $27,000 repairs, failure to apply down payment, failure to apply the principals interest, to the principals account as instructed by principal and violation of security interest terms.

## V. DAMAGES

- $5,400 × 3 = **$16,200.00**

- $27,000 repairs × 3 = **$81,000.00**

- $1,200 ransom fee × 3 = **$3,600.00**

- Illegal repossessions × 3 = **$23,400.00**

- Statutory and punitive damages = **$100,000+**

   - Total: **$224,200.00+** plus (treble under RICO)

## VI. EMERGENCY EX PARTE TRO REQUEST

Plaintiff demands:

- Immediate release of automobile in fully repaired condition

- Prohibition against further repossession

- Declaration that forged contract is void

- Termination of further billing or collection attempts

- Emergency relief based on transportation hardship and child dependency

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

PRESLEY
VS
STATEWIDE

Presley, Corey-S./agent/Attorney-in-fact
CAF #0318-62962R
C/o COREY S. PRESLEY/PRINCIPAL
Rural route 21825 erwin street, 1083
woodland hills, California republic
Zip exempt, near[ 91367]
(213) 973 - 9124
coreyscottpresleylivingestate@gmail.com



.: *Notice.
: [E]VIDENCE.
: Self-Executing
:Auto-Binding Agreement-
:Contract – Obligation – Trust

*Notice to Agent is
notice to principle

## VII. NOTICE OF RELATED CASES

Pursuant to applicable local rules and judicial economy principles, Plaintiff provides notice of the following related cases currently filed in this District:

- Presley v. Statewide Auto Sales, Case No. 2:2025-CV-02655
- . Presley v. Statewide Auto Sales, Case No. 2:2025-CV-06493

These cases involve substantially the same parties, transactions, underlying facts, and legal claims—including, but not limited to, allegations of fraudulent misrepresentation, breach of contract, illegal repossession, unlawful billing practices, and consumer protection violations under state and federal law. Consolidation or coordinated assignment may avoid duplication of judicial resources, inconsistent rulings, and procedural inefficiency.

Plaintiff respectfully requests the Court take judicial notice of these related actions pursuant to Federal Rule of Evidence 201 and Local Civil Rule 83-1.3.

## PRAYER FOR RELIEF

Plaintiff respectfully demands:
- Judgment against Defendant for actual, treble, and punitive damages
- Emergency ex parte TRO restoring possession
- Declaratory judgment voiding forged contract
- Permanent injunction
- Attorney's fees and costs
- Any other relief deemed just

Respectfully submitted,

October 28th, 2025

Respectfully *[signature]*

Presley, Corey S./Trustee, CAF# 0316-62962R
**COREY SCOTT PRESLEY,** Full Faith & Credit of the united States Government - ||||||||||||||||
Corey Scott Presley Estate Bank & Trust ||||||||||||||||||||||

NOTICE:
This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy/redemption as is provided by law, and is tendered with honorable intentions.

PRESLEY
VS
STATEWIDE